**TESE & MILNER**
**735 Wickham Avenue**
**P.O. Box 35**
**Mattituck, New York 11952**

| | | |
|---|---|---|
| | **Michael M. Milner, Esq.** | **(212) 475- 3673** |
| **Vincent S. Tese, Esq.** | | |
| **Angela Tese-Milner, Esq.** | atmtrustee@gmail.com | **(1903-1972)** |
| _____ | | **Raymond Tese, Esq.** |
| | | **(1912-2002)** |

Honorable Martin Glenn, U.S.B.J.
United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, New York 10004

                                April 26, 2019
    Re:  Kelly Sue Watson
        Case No. 19-10253(MG), Chapter 7 Case

        Withdrawal of Objection to Loss Mitigation
        Inability to attend rescheduled hearing time

Dear Judge Glenn:

       The Trustee, Angela Tese-Milner, Esq., submits this letter, and withdraws her objection to the Debtor's loss mitigation request.
       The Trustee has determined that the capital gains taxes would be high in this case and therefore has been unable to negotiate a carve-out with the secured creditors which would provide equity for the estate.
       The Trustee has been notified this afternoon that the loss mitigation hearing has been rescheduled to 10:00 am on April 29, 2019.  The Trustee will be conducting 341 meetings at that time, and cannot attend the rescheduled hearing.
       The Trustee intends to file a notice of abandonment of the Florida Property.

     .

                             Respectfully Submitted,

                      By:  /s/      Angela Tese-Milner
                      Angela Tese-Milner
                      THE LAW FIRM OF TESE & MILNER
                      *Counsel for the Chapter 7 Trustee*
                      735 Wickham Avenue
                      P.O. Box 35
                      Mattituck, New York 11952

Wells Fargo, N.A., Home equity Group , 1 Home     Campus X2303-01A, Des Moines, IA 50328-0001: Investors Bank , c/o Wells Fargo Bank, N.A. as Servicing Agent, c/o Frenkel

Lambert et al., attn.: Elizabeth Doyaga, Esq., 53 Gibson Street, Bay Shore, NY 11706-  2